

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00562-CV

Jesus Edgar **FERNANDEZ**, Abraham Fernandez and Genitza Fernandez,
Heirs of Juana P. Fernandez,
Appellants

v.

Kish **MANWANI**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014TXA001155 D4
Honorable Elma T. Salinas-Ender, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court